**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No.: 15-cv-23008-GAYLES/TURNOFF

BENTLEY J. BLUM,
an individual,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I hereby certify that the instant action:

X     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*United States of America v. Federal Resources Corporation, et al.*
Case No.: 11-cv-00127-RCT

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after the appearance of the party.

Dated: Miami, Florida
       August 27, 2015

                                s/*Michael I. Bernstein*
                                _____
                                Michael I. Bernstein, Esq.
                                FBN: 546208
                                michael@bernstein-lawfirm.com
                                Brian G. Winger, Esq.
                                FBN: 679801
                                brian@bernstein-lawfirm.com
                                THE BERNSTEIN LAW FIRM
                                3050 Biscayne Boulevard, Suite 403
                                Miami, Florida 33137
                                Tel. (305) 672-9544
                                Fax. (305) 672-4572

**CERTIFICATION OF SERVICE**

I certify that on August 27, 2015, that the foregoing document is being served this day on all counsel of record identified on the attached Service List via U.S. mail.

/s/*Michael I. Bernstein, Esq.*
Michael I. Bernstein, Esq.
THE BERNSTEIN LAW FIRM
3050 Biscayne Boulevard, Suite 403
Miami, Florida 33137
Tel. (305) 672-9544
Fax. (305) 672-4572
email: michael@bernstein-lawfirm.com
*Attorneys for Plaintiff*

**Service List**

*Bentley Blum v. United States of America*
15-cv-23008-GAYLES/TURNOFF
United States District Court, Southern District of Florida

United States of America
c/o Wifredo A. Ferrer, Esq., United States Attorney
United States Attorney's Office
Southern District of Florida
99 NorthEast 4th Street
Miami, Florida 33132