UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23008-CIV-GAYLES/TURNOFF

**BENTLEY J. BLUM**,

      Plaintiff,

v.

**UNITED STATES OF AMERICA**,

      Defendant.
_____/

## ORDER GRANTING THE BERNSTEIN LAW FIRM'S AMENDED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

**THIS CAUSE** having come before the Court upon The Bernstein Law Firm's Amended Motion to Withdraw as Plaintiff's Counsel [ECF No. 17], and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion to Withdraw [**ECF No. 17**] is hereby **GRANTED**;

2. Michael I. Bernstein, Esq. and The Bernstein Law Firm are hereby permitted to withdraw as counsel for Plaintiff Bentley Blum forthwith and shall have no further obligations in this matter;

3. Michael I. Bernstein, Esq. and The Bernstein Law Firm shall provide a copy of this Order to Bentley Blum via certified mail;

4. Plaintiff shall, within twenty (20) days of the entry of this Order, retain a new attorney and have that attorney file a written appearance or file a written notification with the Clerk advising the Court that the Plaintiff wishes to be self-represented;

5. All future communications concerning this matter shall be sent to Bentley Blum, 15811 Fisher Island Miami, Florida 33109, until such time as successor counsel enters an appearance. The parties are

responsible for notifying the Court and counsel for other parties of any change of address. The above address is good for service unless notice of change is filed;

      6. This Court retains jurisdiction to enforce the Notice of Charging Lien [ECF No. 18] filed by The Bernstein Law Firm on December 4, 2015.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of December, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
        All Counsel of Record